# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| TINA MARIE HART, ) | Case No. 20-15339 KHT |
| ) | Chapter 7 |
| Debtor. ) | |
| _____ ) | |
| ) | |
| KEVIN P. KUBIE, chapter 7 trustee, ) | Adv. Proc. No. |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| RUBEN GARCIA and COLORADO ) | |
| SPRINGS DISPOSAL CORP., ) | |
| ) | |
| Defendants. ) | |

## COMPLAINT FOR TURNOVER OF ESTATE PROPERTY

Kevin P. Kubie, chapter 7 trustee, by and through his counsel, Wadsworth Garber Warner Conrardy, P.C., hereby respectfully submits this Complaint for Turnover of Estate Property (the "Complaint"), and in support thereof, states as follows:

### JURISDICTION AND VENUE

1. The Court has subject matter jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§ 1334(b) and (e).

2. This proceeding is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2)(A) and (E).

3. Venue in this district is proper under 28 U.S.C. § 1409(a).

4. This adversary proceeding is commenced pursuant to Rule 7001(1) of the Federal Rules of Bankruptcy Procedure.

5. Plaintiff consents to entry of final orders and judgment by the Bankruptcy Court.

## BACKGROUND

6. Plaintiff Kevin P. Kubie is the duly appointed chapter 7 trustee (the "Trustee") of the Debtor's bankruptcy estate (the "Estate").

7. Defendant Ruben Garcia is an individual who, upon information and belief, resides in Colorado ("Mr. Garcia").

8. Defendant Colorado Springs Disposal Corporation is a Colorado corporation ("CSDC").

9. Tina Marie Hart (the "Debtor") filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code on August 7, 2020 (the "Petition Date").

10. Prior to filing for relief, Debtor was married to Mr. Garcia.

11. Pursuant to an *Order of Amended Decree of Dissolution of Marriage and Final Orders* (the "Order") entered in Case Number 2017DR3078, District Court for the County of El Paso, State of Colorado (the "District Court"), Debtor and Mr. Garcia were legally separated on November 26, 2018. *See* Order attached hereto as Exhibit 1.

12. In the Order, the District Court awarded Debtor $10,500 (the "Funds") from Mr. Garcia's 401(k) Plan with CSDC, plan number 942590-01.

13. Trustee has made a written demand upon Mr. Garcia for turnover of the Funds.

14. Mr. Garcia has failed or refused to turn over the Funds.

## FIRST CLAIM FOR RELIEF
**(Turnover of Property Pursuant to 11 U.S.C. § 542(a))**

15. Trustee incorporates by this reference the allegations set forth within paragraphs 1

through 14 above as though more fully set forth within his First Claim for Relief.

16. Pursuant to 11 U.S.C. § 542(a) "an entity . . . in possession, custody, or control, during the case, of property that the trustee may use, sell, or lease under section 363 of this title . . . shall deliver to the trustee, and account for, such property or the value of such property, unless such property is of inconsequential value or benefit to the estate."

17. The Funds are property of the Estate.

18. The Funds have value to the Estate.

19. Mr. Garcia and CSDC therefore must turn over the Funds to Trustee.

WHEREFORE, Trustee respectfully requests that the Court enter an order compelling Ruben Garcia and Colorado Springs Disposal Corporation to turn over to Trustee and account for the Funds and grant such other and further relief as the Court deems necessary.

Dated this 4th day of January 2022.

WADSWORTH GARBER WARNER CONRARDY, P.C.

*/s/ Anthony Camera*
Aaron J. Conrardy, #40030
Anthony Camera, #56432
2580 West Main Street, Suite 200
Littleton, Colorado 80128
(303) 296-1999; (303) 296-7600 (fax)
aconrardy@wgwc-law.com
acamera@wgwc-law.com
*Attorneys for Kevin P. Kubie, chapter 7 trustee*