EXHIBIT 1

| DISTRICT COURT, EL PASO COUNTY, COLORADO<br>Court Address:<br>270 S. Tejon, Colorado Springs, CO, 80901<br>**Petitioner(s)** RUBEN GARCIA<br>and<br>**Respondent(s)** TINA M GARCIA | DATE FILED: November 26, 2018 11:14 AM<br>CASE NUMBER: 2017DR3078 |
|---|---|
| | ⚠ **COURT USE ONLY** ⚠ |
| | Case Number: 2017DR3078<br>Division: 21     Courtroom: |
| **Order: Qualified Domestic Relations - Proposed Order AMENDED DECREE OF DISSOLUTION OF MARRIAGE AND FINAL ORDERS** ||

The motion/proposed order attached hereto: GRANTED.

Issue Date: 11/26/2018

*[signature]*

MICHAEL P MCHENRY
District Court Judge

| | |
|---|---|
| District Court, El Paso County, Colorado<br>Court Address:  270 South Tejon Street<br>             P.O. Box 2980<br>             Colorado Springs, CO 80901<br>Phone:        719-452-5000 | ▲ COURT USE ONLY ▲ |
| **In Re the the Marriage of:**<br><br>Petitioner: Ruben Garcia, and<br>Respondent: Tina Marie Garcia (Hart) | |
| | Case Number:<br>**2017DR3078**<br>Division 9 |
| **AMENDED DECREE OF DISSOLUTION OF MARRIAGE AND FINAL ORDERS** | |

    THIS MATTER came before the Court on a Final Orders Hearing on August 14, 2018. Petitioner, Ruben Garcia, (hereinafter referred to as "husband") is represented by himself. Respondent, Tina Marie Garcia Hart (hereinafter referred to as "wife") is represented by Robert P. Odle of Odle Law, LLC.

    This Decree of Dissolution of Marriage and Final Orders is being Amended to comply with the requirements of the Administrator of Petitioner's 401(k) retirement plan for distribution to an Alternate Payee under the terms of that plan.

    The Court having reviewed the file and all related pleadings and having heard any testimony of the parties hereby issues the following Findings, Decree, and Order:

**FINDINGS:**

1. The Court has jurisdiction over both parties. Petitioner submitted to the jurisdiction of this Court when he filed the Petition for Dissolution on September 21, 2017. Respondent was served with a copy of the Petition and Summons and appeared at numerous court hearings.

2. At least one party was domiciled in Colorado for more than 91 days before the Petition was filed.

3. More than 91 days have passed since the Court acquired jurisdiction over Respondent.

4. The marriage between the parties is irretrievably broken. The marriage is hereby dissolved.

5. There no children born of this marriage and wife is not now pregnant.

6. Wife desires a name change to: Tina Marie Hart.

1

7. The parties were married on March 8, 2013 and separated on August 24, 2017.

**FINDINGS WITH REGARD TO HUSBAND'S 401(k) PLAN:**

8. This Decree/Order is a DOMESTIC RELATIONS ORDER RELATING TO MARITAL PROPERTY RIGHTS in the Petitioner's 401(k) Plan with Colorado Springs Disposal Corporation, plan number 942590-01 ("the Plan").

9. This Order creates and recognizes the Respondent's right to, and immediately assigns to Respondent, Tina Marie Garcia Hart, the sum of $10,500.00 of the Plan, as hereinafter provided.

10. The Court finds that Respondent, Tina Marie Garcia Hart, as the now former spouse of the Ruben A. Garcia, the Participant in the Plan, qualifies as an Alternate Payee to the Plan under applicable law.

**PERSONAL PROPERTY AND DEBT**

11. The parties have divided and are to retain his or her own personal property as divided.

12. All bank accounts become the sole and separate property of the party whose name appears on the bank account.

13. The family dog "Speedy" shall go to wife.

14. The Chevy Cruze has been repossessed by the lienholder. All debt in connection with the Chevy Cruze shall be the sole responsibility of wife. Wife releases husband from all further liability with regard to the Chevy Cruze and all debt thereon. Wife holds husband harmless from such debt and will indemnify husband against all damages husband may suffer as a result of any debt on the Chevy Cruze.

15. The Chevy S10 shall be the sole and separate property of husband. Wife signed title to the Chevy S10 over the husband in open court. Husband releases wife from all further liability with regard to the Chevy S10 and all debt thereon. Husband holds Wife harmless from such debt and will indemnify wife against all damages wife may suffer as a result of any debt on the Chevy S10.

16. Husband is from henceforth solely responsible for all debts and expenses listed on his Sworn Financial Statement, namely:

    a. Xfinity;
    b. All other debts and expenses listed on husband's Sworn Financial Statement not otherwise listed in this Decree.

17. Wife is henceforth solely responsible for the debt to Guitar Center listed on the Sworn Financial Statement.

2

**SPOUSAL MAINTENANCE**

18. The Court award spousal maintenance in this case to wife from husband in the amount of $300.00 per month.

19. Said spousal maintenance shall begin on September 1, 2018 and continue thereafter every first day of the month for 23 months.

20. The Court authorizes an immediate Income Assignment for Support to be filed by wife.

**DIVISION OF MARITAL PROPERTY**

**Husband's 401(K):**

21. The Court finds that husband, Ruben A. Garcia, has a 401(K) Plan with his present employer. That Plan is identified more specifically below and is referred to throughout this Decree as "the Plan."

22. The Court finds that $21,000.00 of the Plan is marital property and that wife, Tina Marie Garcia Hart, is entitled to receive one-half of the marital portion of the Plan.

23. The Court hereby creates a right to one-half of the marital value of the Plan and assigns that right to Tina Marie Garcia Hart as an Alternate Payee of the Plan.

24. The specific data for the Plan, wife's assigned right to the Plan, and the distribution is:

    a. **Plan Name:** Colorado Springs Disposal Corporation 410(k) Plan.
    b. **Plan Number:** 942590-01.
    c. **Participant ID Number:** 6545414.
    d. **The Amount Assigned to Tina Marie Garcia Hart, the Alternate Payee:** $10,500.00.
    e. **Number of Payments:** one, lump-sum payment in the amount of $10,500.00.
    f. **The Participant in the Plan is Ruben A. Garcia,** 618 Potter Drive, Colorado Springs, Colorado 80909. Social Security Number: ▮6498. Date of birth: ▮
    g. **The Alternate Payee to the Plan is Tina Marie Garcia Hart,** 1407 Tappen Circle, Colorado Springs, Colorado 80909. Social Security Number ▮4562. Date of birth: ▮

25. Therefore, the **Court Orders** that wife, Tina Marie Garcia Hart, has a right to $10,500.00 of the Plan and that $10,500.00 be immediately distributed to wife, Tina Marie Garcia Hart, in a one-time lump sum payment.

26. The Court retains jurisdiction over this issue in the event that this Order needs to be amended to conform to the requirements of the administrator of the Plan.

27. The costs of this distribution from the Plan shall be borne by the wife.

3

**The Marital Residence:**

28. The Court finds that the parties purchased a marital home during the marriage: 618 Potter Drive, Colorado Springs, CO 80909.

29. Husband is entitled to occupy the martial home until he buys wife's share or until the house is sold. Husband is responsible to pay all bills on the home, including the mortgage payment, insurance, and utilities and shall keep all such bills current.

30. The Court Orders that the home be appraised by a mutually agreeable, professional residential appraiser within 14 days of this Order. Each party shall pay one-half of the appraisal fee.

31. If the parties cannot agree on an appraiser, then each party shall submit one appraiser to the Court and the Court will choose the appraiser.

32. Once the home has been appraised, the appraised value minus the current balance on the home loan shall be the marital equity in the home.

33. Husband has 21 days from the date of the appraisal report to purchase wife's share by paying her one-half of the marital equity in the home.

34. If husband fails to exercise this option then it is Ordered that the home be sold and the net proceeds of the sale of the home be divided 50-50 between husband and wife.

**MISCELLANEOUS**

35. Neither party is awarded attorney fees.

36. **Wife's name is hereby changed to Tina Marie Hart.**

37. The Court retains jurisdiction over the parties and the subject matter in this case.

SO ORDERED this _____ day of _____, 2018, *nunc pro tunc* August 14, 2018.

_____
District Court Judge Presiding

4

## CERTIFICATE OF SERVICE

I certify that on November 12, 2018 a true and accurate copy of the **AMENDED DECREE OF DISSOLUTION OF MARRIAGE AND FINAL ORDERS** was served on the other party by United States Postal Service, postage prepaid, addressed to

Mr. Ruben Garcia
618 Potter Drive
Colorado Springs, CO 80909

ODLE LAW, LLC
*s/ Original signature on file in the office of counsel*
Robert P. Odle, Reg. No. 18091

*Attachment to Order - 2017DR3078*